**DISMISS; and Opinion Filed October 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01178-CV

**RAN SHNITZER, Appellant**

**V.**

**NATURAL ENERGY PARTNERS, LLC, STEVE WHEELER,
JOSEPH SHANE JACKSON, MARILYN WHEELER, DENISE CLAUDIO,
RON WALKER, CO & G PRODUCTION GROUP, LLC, DIAMOND PRODUCTION
GROUP, LLC, AND GRACE EXPLORATION & DEVELOPMENT, LLC, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-06718-B**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Before the Court is appellant's motion for voluntary dismissal of appeal. Appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

141178F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAN SHNITZER, Appellant

No. 05-14-01178-CV      V.

NATURAL ENERGY PARTNERS, LLC,
STEVE WHEELER, JOSEPH SHANE
JACKSON, MARILYN WHEELER,
DENISE CLAUDIO, RON WALKER,
CO & G PRODUCTION GROUP, LLC,
DIAMOND PRODUCTION GROUP, LLC,
AND GRACE EXPLORATION &
DEVELOPMENT, LLC, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas.
Trial Court Cause No. CC-10-06718-B.
Opinion delivered by Justice O'Neill.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees NATURAL ENERGY PARTNERS, LLC, STEVE WHEELER, JOSEPH SHANE JACKSON, MARILYN WHEELER, DENISE CLAUDIO, RON WALKER, CO & G PRODUCTION GROUP, LLC, DIAMOND PRODUCTION GROUP, LLC, AND GRACE EXPLORATION & DEVELOPMENT, LLC recover their costs of this appeal from appellant RAN SHNITZER.

Judgment entered this 10th day of October, 2014.